**OLIVER S. STORCH**
ATTORNEY AT LAW
SUITE 1001
305 BROADWAY
NEW YORK, NEW YORK 10007

MEMBER OF N.Y. & CT. BARS

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 14 2011 ★

**BROOKLYN OFFICE**

TELEPHONE: (212) 587-2363
FACSIMILE: (212) 732-7080

<u>**VIA FACSIMILE**</u>

November 9, 2011

The Honorable Nicholas G. Garaufis
United States District Court Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**ORDER**
Re: <u>United States v. Vincenzo Masi</u>
05-CR-060 (NGG)

Your Honor:

Greetings. On November 2, 2007 Mr. Masi was sentenced to serve forty-six months in C.A.G., followed by 3 years of supervised release. As per the Standard Conditions for Supervision, Mr. Masi is not permitted to leave the judicial district without the permission of the Court and probation officer. I respectfully request, that Mr. Masi, be allowed to leave the judicial district in order to travel on his honeymoon to Aruba with his soon-to-be wife Ms. Rosetta Guecia.

Mr. Masi will marry Ms. Rosetta Guecia on Saturday, November 12, 2011. Enclosed are their planned itinerary. Their departure is scheduled for Monday, November 14, 2011 with a return date set for Monday, November 21, 2011.

U.S.P.O Erin Lopriore has approved Mr. Masi's said request via the Travel Approval Form for the dates stated above.

The Government takes no position for the above request as per A.U.S.A Nicole M. Argentieri.

Therefore, I respectfully request that Your Honor grant Mr. Masi's request given the facts stated above.

**APPLICATION GRANTED.**
So, Ordered.

s/Nicholas G. Garaufis
<u>NICHOLAS G. GARAUFIS</u>
United States District Judge
Dated: 11/9/11

Respectfully Submitted,

*Oliver S. Storch*

Oliver S. Storch, Esq.
**SO ORDERED**

OS/erc
cc: A.U.S.A. Stephen E. Frank
    U.S.P.O Erin Lopriore

_____
United States District Judge